

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JEFFREY CHANDLER LEE, a/k/a JEFF LEE, | § | No. 08-16-00332-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 340th District Court |
| | § | |
| | | of Tom Green County, Texas |
| THE STATE OF TEXAS, | § | |
| | | (TC# C-15-0653-SB) |
| | § | |
| Appellee. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF OCTOBER, 2017.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.